■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO JAIME, Appellant. [710 NYS2d 527] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered June 17, 1996, as amended by the judgment of resentence, same court and Justice, rendered August 5, 1996, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second violent felony offender, to a term of 5 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility. Concur—Nardelli, J. P., Williams, Wallach, Rubin and Friedman, JJ.